## 49050. JESTER v. THE STATE.

QUILLIAN, Judge.

The appellant's enumeration of error is without merit. See *Jester v. State,* 131 Ga. App. 129.

*Judgment affirmed. Bell, C. J., and Clark, J., concur.*

SUBMITTED FEBRUARY 4, 1974 — DECIDED MARCH 13, 1974.

*Byrd, Groover & Buford, Floyd M. Buford, Alfred D. Fears,* for appellant.
*Edward E. McGarity, District Attorney,* for appellee.